DOMENICO BIANCO, Appellant, v. WILLIAM S. DURR and ELMER S. DAVIS, Respondents.— Orders dismissing complaint reversed upon the law, without costs, and motion denied, without costs, upon the ground that a cause of action against both defendants is set forth in the complaint. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

CARDINAL FURNITURE FACTORIES, INC., Respondent, v. DIANA FURNITURE COMPANY, Appellant.— Order denying motion to vacate warrant of attachment reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We are of opinion that the unverified complaint and the affidavit upon which the warrant of attachment was granted are insufficient in that they do not contain proof of facts constituting a *prima facie* cause of action. Lazansky, P. J., Rich, Hagarty and Carswell, JJ., concur; Kapper, J., dissents.

THE COE-MORTIMER COMPANY, Appellant, v. ELLSWORTH RYDER and ROSALIE H. RYDER, Respondents.*— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Rich, Kapper and Carswell, JJ., concur; Hagarty, J., dissents.

JAMES K. DUFFY, Respondent, v. CREDIT DISCOUNT CORPORATION, Appellant, HARMERCOL HOLDING CORPORATION and Others, Defendants, and TROY ALEXANDER, Respondent.— Order granting plaintiff's motion to strike out defendant Alexander as a party defendant, and to strike out portions of the amended answer of the Credit Discount Corporation and directing the service of a second amended answer eliminating such party defendant and such matter, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Defendant Alexander was properly brought in under section 271, Civil Practice Act. (*Nasha Holding Corporation* v. *Ridge Building Corp.*, 221 App. Div. 238.) The rule in this regard is the same in both equity and law actions. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

NATHAN FRIEDMAN, Respondent, v. YELLOW TAXI CORPORATION, Appellant, and SAM LIEBERMAN, Defendant.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Rich, Kapper and Carswell, JJ., concur; Hagarty, J., dissents.

DANIEL M. GERARD, Respondent, v. T. A. CLARKE COMPANY, Appellant.— A new trial having been granted upon the appeal in *Gerard* v. *Clarke Company* (*post*, p. 673), decided this date, the appeal herein, taken from the order denying defendant's motion for a new trial on the ground of newly-discovered evidence, is dismissed. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

DANIEL M. GERARD, Respondent, v. T. A. CLARKE COMPANY, Appellant.— Judgment and order reversed upon the law and the facts and a new trial granted, costs to abide the event. There is a defect in the proof with respect to the financial ability of the proposed purchasers. (*Alt* v. *Doscher*, 102 App. Div. 344; *Rosenblatt* v. *Bergen*, 202 id. 220; *Mackay* v. *Tide Water Oil Co.*, 186 id. 1.) This disposition makes it unnecessary at this time to pass upon the other questions urged on this appeal. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.